FILED
JAN 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA JEAN LEWIS, *et al.*,    )
                                 )
       Plaintiffs,              )
                                 )
v.                               )    Civil Action No. 08 0120
                                 )
GOVERNMENT OF THE                )
DISTRICT OF COLUMBIA, *et al.*,  )
                                 )
       Defendants               )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiffs' applications to proceed *in forma pauperis* are GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: January 16, 2008

                                                      United States District Judge