# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7027**                                      **September Term 2007**

08cv00120

**Filed On:** August 27, 2008

Barbara J. Lewis and Radcliffe B. Lewis,

    Appellants

v.

Adrian Fenty, Mayor, Government of the
District of Columbia, (In its official thereof), et
al.,

    Appellees

**BEFORE:**   Sentelle, Chief Judge, and Tatel and Griffith, Circuit Judges

## ORDER

Upon consideration of the motion to intervene and forward the record, it is

**ORDERED** that the motion to intervene and forward the record be dismissed as moot. The court concludes that oral argument will not assist the court in this case. Accordingly, the court will dispose of the appeal without oral argument on the basis of the record and the presentation in the brief. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

**Per Curiam**