# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7027**                     **September Term 2008**

08cv00120

Filed On: November 4, 2008 [1147476]

Barbara J. Lewis and Radcliffe B. Lewis,

    Appellants

    v.

Adrian Fenty, Mayor, Government of the
District of Columbia, (In its official thereof),
et al.,

    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 4 2008

CLERK

## ORDER

It is **ORDERED**, on the court's own motion, that the court's mandate inadvertently issued on October 29, 2008, be recalled.

The Clerk, United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

BY:  /s/
                    Michael C. McGrail
                    Deputy Clerk